UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO ZAFRA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EAST BAY MUNICIPAL UTILITY DISTRICT, *et al*.,<br><br>　　　　　Defendants. | Case No. 22-cv-03535-SI<br><br>**ORDER TO SHOW CAUSE** |

On June 15, 2022, defendants removed this case from state court to this Court. On June 17, defendants filed a motion to dismiss the complaint. On June 30, 2022, the case was reassigned to the undersigned judge, and the motion was re-noticed for a hearing on August 26, 2022.

Plaintiff's opposition was due July 1, 2022. *See* Dkt. No. 5. Plaintiff did not file an opposition, and plaintiff's counsel has not responded to an inquiry from the Court's clerk regarding the status of this case.

**Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE in writing no later than July 12, 2022, why this case should not be dismissed without prejudice for failure to prosecute**. *See* Fed. R. Civ. Proc. 41(b). If plaintiff wishes to pursue this case, the Court will set a new schedule for the filing of the opposition and reply briefs.

**IT IS SO ORDERED**.

Dated: July 7, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge