UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO ZAFRA,<br><br>        Plaintiff,<br><br>   v.<br><br>EAST BAY MUNICIPAL UTILITY DISTRICT, *et al*.,<br><br>        Defendants. | Case No. 22-cv-03535-SI<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On July 7, 2022, the Court ordered plaintiff to show cause by July 12 why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. Plaintiff did not respond to the Order to Show Cause, nor has plaintiff taken any action in this case since it was removed from state court on June 15, 2022.

Accordingly, the Court DISMISSES this case without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

Dated: July 25, 2022

                                              SUSAN ILLSTON
United States District Judge