UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO ZAFRA,<br><br>        Plaintiffs,<br><br>v.<br><br>EAST BAY MUNICIPAL UTILITY DISTRICT, et al.,<br><br>        Defendants. | Case No. 22-cv-03535-SI  (SI)<br><br>**FIRST AMENDED PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **11/3/2023** at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: **11/17/2023**.

DISPOSITIVE MOTIONS **SHALL** be filed by; **11/15/2023;**
    Opp. Due: **11/29/2023**; Reply Due: **12/6/2023**;
    and set for hearing no later than 12/15/2023 at 10:00 AM.

DESIGNATION OF EXPERTS: 1/5/2024; REBUTTAL: 2/5/2024;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 2/16/2024.

PRETRIAL PAPERWORK: 2/20/2024;
PRETRIAL CONFERENCE DATE: 3/5/2024 at 3:30 PM.

JURY TRIAL DATE: 3/18/2024 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: September 1, 2023

SUSAN ILLSTON
United States District Judge

*Dates that have been changed are in bold.*